UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
         Petitioner )
          )
V. )    M.B.D. No.
          )
CHRISTINE L. COLLINS )    **05MBD 10058**
         Respondent )

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Denice Anderson, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # 25 in the United States Courthouse in BOSTON on the 5th day of APRIL, 2005, at 10:00 AM., to show cause why she should not be compelled to obey the Internal Revenue Service Summons served upon her on July 19, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Christine L. Collins on or before MARCH 15, 2005.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at U.S.D.C., BOSTON, Massachusetts on this 8th day of FEBRUARY, 2005.

_____
UNITED STATES DISTRICT JUDGE


_Marianne B. Bowler, USMJ_
UNITED STATES MAGISTRATE JUDGE