**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | United States Of America | COURT CASE NUMBER CV-05-10058 |
|---|---|---|
| DEFENDANT | Christine L. Collins | TYPE OF PROCESS Order to Show Cause |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Christine L. Collins
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** (Business) 4 Phelps Street, Marlboro, MA 01752 — TRY RES. BELOW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way — Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before 3/15, 2005

Home Address:  396 Town Farm Rd., Barre, MA

Signature of Attorney or other Originator requesting service on behalf of: Barbara H. Smith
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER (617) 748-3282
DATE 1/31/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Salauera | Date 2/14/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
396 Town Farm Rd
Barre MA
Marlboro, MA

Date of Service 3/22/05   Time 11:00 am

Signature of U.S. Marshal or Deputy

| Service Fee 40.00 | Total Mileage Charges (including endeavors) 22.63 | Forwarding Fee — | Total Charges 112.63 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: 2/24/05 End 1 hsn 1hr - 45.00
2/24/05 FWD USMS Springfield - nt - 45.00

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner    )<br>                           )<br>        V.                  )<br>                           )<br>CHRISTINE L. COLLINS     )<br>        Respondent   ) | M.B.D. No.<br><br>**05MBD 10058** |

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Denice Anderson, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # __25__ in the United States Courthouse in __BOSTON__ on the __5th__ day of __APRIL__, 200_5_, at __10:00__ _A_M., to show cause why she should not be compelled to obey the Internal Revenue Service Summons served upon her on July 19, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Christine L. Collins on or before _____MARCH 15_____, 200_5_.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at __U.S.D.C., BOSTON__, Massachusetts on this __8th__ day of __FEBRUARY__, 200_5_.

_____
UNITED STATES DISTRICT JUDGE


_Marianne B. Bowler USMJ_
UNITED STATES MAGISTRATE JUDGE