UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | M.B.D. No. 05-10058-MBB |
| CHRISTINE L. COLLINS, | ) ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on January 31, 2005.

The petitioner now seeks to withdraw its petition because the respondent has complied with the Internal Revenue Service Summons.

                           Respectfully submitted:

                           MICHAEL J. SULLIVAN,
                           United States Attorney

                By: /s/Barbara Healy Smith
                     BARBARA HEALY SMITH
                     Assistant U.S. Attorney
                     John Joseph Moakley U.S. Courthouse
                     1 Courthouse Way - Suite 9200
                     Boston, MA  02210
Dated: 1/25/06          (617) 748-3282

Certificate of Service

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on the NEF as non-registered participants on January 25, 2006.

              /s/ Barbara Healy Smith
              BARBARA HEALY SMITH
              Assistant U.S. Attorney